UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GUELITO BINDA KUTXI,

Petitioner,

v.

ANTONE MONIZ, *et al.*

Respondents.

No. 1:26-cv-12943-JEK

# STATUS REPORT

The Immigration Court Judge has set bond at $5,000. At this time, the bond order is in process but has not yet been posted. Petitioner Guelito Binda Kutxi remains in U.S. Immigration and Customs Enforcement ("ICE") custody.

Dated: July 17, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Rayford A. Farquhar*

RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: July 17, 2026 By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney